No. 00–8580.  POGUE *v.* RATELLE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–8594.  SMITH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–8598.  TUCKER *v.* MOSSING, CLERK, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–8606.  SNYDER ET AL. *v.* RYAN ET AL.  C. A. 7th Cir. Certiorari denied.

No. 00–8609.  GODLEY *v.* NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 00–8642.  STIER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8644.  ROBINSON *v.* HUNT, SUPERINTENDENT, COLUMBUS CORRECTIONAL CENTER, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–8649.  OWEN *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 00–8663.  GOMEZ *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–8664.  HOOVER *v.* HICKMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–8666.  FILBIN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–8667.  HARRIS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–8672.  GUINTO *v.* PHILIP MORRIS, INC.  C. A. 1st Cir. Certiorari denied.

No. 00–8677.  MORENO-SANDOVAL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8688.  WOODEN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.